UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-1720

_____

FRED WILSON, Appellant

v.

SUPERINTENDENT OF SCI HUNTINGDON;
THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA;
THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania

(D.C. No. 2-09-cv-04797)
District Judge:  The Honorable John R. Padova

ARGUED April 17, 2012

BEFORE:  SCIRICA, AMBRO, and NYGAARD, *Circuit Judges*

(Opinion Filed May 16, 2012)

_____

ORDER AMENDING OPINION

_____

It is ordered that the opinion in the above case, filed on May 16, 2012, be amended as follows:

On the first page of the caption, delete "[Argued]" after Adrian N. Roe, Esq.

This amendment does not change the date of filing, May 16, 2012.

By the Court,

/s/ Richard L. Nygaard
Circuit Judge

Dated:  21 May 2012